# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1185
LT Case No. 2020-CF-010950-A

_____

ALEXANDER JAMES WIGGINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Matthew J. Metz, Public Defender, and Betty Wyatt, Assistant Public Defender, Daytona Beach, for Appellant.

Alexander James Wiggins, Crestview, pro se.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.

January 2, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____